

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00209-CV

**IN RE** Armando **BENAVIDES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

Delivered and Filed:  April 17, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On March 28, 2013, Relator Armando Benavides filed a petition for writ of mandamus and an emergency motion for temporary injunction.  The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the emergency motion for temporary injunction are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 06-03-44411, styled *Armando Benavides v. Anselmo Benavides, et al.*, in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.